UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CHRISTOPHER KIRK ELLEDGE,

        Plaintiff,

Case No. 2:19-cv-227

v.

Honorable Paul L. Maloney

T. MINTON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  December 4, 2019            /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge